The judgment is affirmed pursuant to Rule 84.16(b).

Marco SANCHEZ–DIAZ, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 99244.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 17, 2013.

Timothy J. Forneris, St. Louis, Missouri, for Appellant.

Chris Koster, Mary H. Moore, Jefferson City, Missouri, for Respondent.

Before ROY L. RICHTER, P.J., CLIFFORD H. AHRENS, J., and GLENN A. NORTON, J.

*ORDER*

PER CURIAM.

Marco Sanchez–Diaz appeals from the denial of his Rule 29.15 post-conviction relief motion without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

Brandon GEIGER, Movant/Appellant,

v.

STATE of Missouri, Respondent.

No. ED 99216.

Missouri Court of Appeals,
Eastern District,
Division Four.

Dec. 17, 2013.

Jessica Hathaway, St. Louis, MO, for Appellant.

Robert Bartholomew, Jr. Jefferson City, MO, for Respondent.

Before LISA S. VAN AMBURG, P.J., PATRICIA L. COHEN, J., and GARY M. GAERTNER, Jr., J.

*ORDER*

PER CURIAM.

Brandon Geiger appeals from the judgment of the Circuit Court of Cape Girardeau County denying without an evidentiary hearing his motion for post-conviction relief pursuant to Missouri Supreme Court Rule 24.035. We affirm the motion court's judgment.

No error of law appears. An extended opinion would have no precedential value.

The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).